

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS **FILE COPY**
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**11/25/2015**                                                    **COA No. 12-14-00335-CR**
**CARR, DONNIE DALE**     **Tr. Ct. No. 007-0863-14**            **PD-0930-15**
On this day, the Appellant's petition for discretionary review has been refused.
                                                          Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *